## VERIFICATION

I, Mark Fullenkamp, hereby verify that I have authorized the filing of the attached Verified Stockholder Derivative Complaint; that I have reviewed the Verified Stockholder Derivative Complaint; and that the facts therein are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September __Sep 24__, 2018

*Mark Fullenkamp*
Mark Fullenkamp (Sep 24, 2018)

Mark Fullenkamp