**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARK FULLENKAMP, derivatively on
behalf of ALLEGIANT TRAVEL CO.,

         Plaintiff(s),

    vs.

MAURICE J. GALLAGHER, JR., et al.

         Defendant(s).

Case #  2:18-cv-01864

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

    David J. Stone , Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

    Bragar Eagel & Squire, P.C.
    (firm name)

with offices at     885 Third Avenue, Ste. 3040
    (street address)

    New York ,     New York ,   10022
    (city)     (state)   (zip code)

    (212) 308-~~1704~~ 5858 ,     stone@bespc.com
    (area code + telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

    Plaintiff Mark Fullenkamp     to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ March 6, 1995 _____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____ New York _____
                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

1

2

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

3

4

5

None.

6

7.      That Petitioner is a member of good standing in the following Bar Associations.

7

8

9

None.

10

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11

(formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

12

13

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

14

15

16

17

18

19

(If necessary, please attach a statement of additional applications)

20

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21

State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22

extent as a member of the State Bar of Nevada.

23

10.      Petitioner agrees to comply with the standards of professional conduct required of

24

the  members of the bar of this court.

25

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to

26

practice in this jurisdiction and that the client has consented to such representation.

27

28

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____New York_____ )
                                )
COUNTY OF _____New York_____ )

_____David J. Stone_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

6 day of November, 2018

_____
Notary Public or Clerk of Court

JOHN BRANDON WALKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WA6369031
Qualified in New York County
My Commission Expires 02-20-2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Martin A. Muckleroy_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6077 S. Fort Apache, Ste. 140_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89148_____
(city)              (state)            (zip code)

_____(702) 907-0097_____, _____martin@muckleroylunt.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____ Martin A. Muckleroy _____ as

(name of local counsel)

8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____

(party's signature)

11

MARK FULLENKAMP

12  _____

(type or print party name, title)

13  _____

(party's signature)

14

15  _____

(type or print party name, title)

16

17  **CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____

Designated Resident Nevada Counsel's signature

9634                    martin@muckleroylunt.com

21  _____

Bar number              Email address

22

23  APPROVED:

24  Dated: this ___9___ day of __November__ , 20_18_ .

25

26  _____

27  UNITED STATES DISTRICT JUDGE

28                              5                       Rev. 5/16

**David J. Stone:**

| Court | Date Admitted | Registration Number |
|---|---|---|
| State of New York | 3/6/1995 | 2672889 |
| State of California | 12/1/2000 | 208961 |
| US District Court, CA Northern | 7/20/2001 | 208961 |
| US District Court, CA Central | 7/11/2017 | 208961 |
| US District Court, NY Southern | 6/18/1996 | DS8981 |
| US District Court, NY Eastern | 1/2/2013 | DS8981 |
| US Court of Appeals, Second Circuit | 12/7/2006 | 06-18550 |
| US Court of Appeals, Third Circuit | 8/5/2016 | N/A |

## Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

———————

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# DAVID JAY STONE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 6, 1995, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 29, 2018

8991

_____
Clerk of the Court

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 2, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JAY STONE, #208961 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2000; that from the date of admission to December 17, 2010, he was an ACTIVE member of the State Bar of California; that on December 17, 2010, he transferred at his request to the INACTIVE status; that from that date to July 3, 2012, he was an INACTIVE member of the State Bar of California; that effective July 3, 2012, he was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar membership fees; that said suspension remained in effect to July 3, 2013 upon which last mentioned date he was reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to April 19, 2017, he was an INACTIVE member of the State Bar of California; that on April 19, 2017, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA



Denise Velasco
Custodian of Membership Records