1  MARTIN A. MUCKLEROY, ESQ.
   Nevada Bar No. 009634
2  MUCKLEROY LUNT, LLC
   6077 S. Fort Apache, Ste 140
3  Las Vegas, NV 89148
   Phone: (702) 907-0097
4  Fax: (702) 938-4065
5  martin@muckleroylunt.com

6  *Attorney for Plaintiff Fullenkamp*

7  [Additional Counsel on Signature Page]

8
                    **UNITED STATES DISTRICT COURT**
9                    **FOR THE DISTRICT OF NEVADA**

10  MARK FULLENKAMP, Derivatively on Behalf    Case No.:  2:18-CV-01864
    of ALLEGIANT TRAVEL CO.,
11
                    Plaintiff,
12
                                               **JOINT STIPULATION**
13          v.                                 **AND PROPOSED ORDER**
                                               **CONSOLIDATING RELATED**
14  MAURICE   J.  GALLAGHER,   JR.,  JOHN  T.  **ACTIONS AND APPOINTING**
    REDMOND,    GREGORY    ANDERSON,           **CO-LEAD COUNSEL**
15  SCOTT SHELDON, ERIC GUST, CHARLES
    W. POLLARD, LINDA A. MARVIN, GARY E.
16  ELLMER, and MONTIE R. BREWER,
17
                    Defendants,
18
            and
19
20  ALLEGIANT TRAVEL CO.,

21                  Nominal Defendant.

22

23

24

25

26

27

28
                    JOINT STIPULATION AND [PROPOSED] ORDER,
                    CASE NO. 2:18-CV-01864
                    LV 421243820v1

| | |
|---|---|
| CHARLES BLACKBURN, Derivatively and on Behalf of ALLEGIAN TRAVEL COMPANY, | Case No.:  2:18-CV-06296 |
| Plaintiff, | |
| vs. | |
| MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY E. ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN T. REDMOND, | |
| Defendants, | |
| and | |
| ALLEGIANT TRAVEL COMPANY, | |
| Nominal Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on September 26, 2018, Mark Fullenkamp filed a verified shareholder derivative complaint in this Court, and on July 20, 2018, Charles Blackburn filed a verified shareholder derivative complaint in the United States District Court for the Central District of California, which was transferred to this Court on October 10, 2018 (the "Actions");

WHEREAS, the Actions collectively allege claims against defendants Maurice J. Gallagher, Jr., John T. Redmond, Gregory Anderson, Scott Sheldon, Eric Gust, Charles W. Pollard, Linda A. Marvin, Gary E. Ellmer, and Montie R. Brewer (the "Individual Defendants") and Allegiant Travel Company ("Allegiant" or "Nominal Defendant," and together with Individual Defendants, the "Defendants");

WHEREAS, plaintiffs in the Actions ("Plaintiffs") agree that the Actions contain nearly identical factual and legal contentions, and the administration of justice would be best served by consolidating the Actions and appointing Co-Lead Counsel and Liaison Counsel as set forth herein;

WHEREAS, without waiving any rights, arguments or defenses, Defendants agree the Actions should be consolidated and take no position regarding appointment of Co-Lead Counsel or Liaison Counsel;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:

1.      The Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action."

2.      The file in *Fullenkamp v. Gallagher, et al.*, Case No. 2:18-cv-101864, shall constitute the Master File for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase" This Documents Relates to All Actions" shall be placed on the cover page.  When a pleading applies only to some, not all, of the actions, the document shall

list on the cover page the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

3.    Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 3:18-cv-101864 |

4.    The following law firms are designated Co-Lead Counsel for Plaintiffs in the Consolidated Action:

| | |
|---|---|
| Bragar Eagel & Squire, P.C. 885 Third Avenue, Suite 3040 New York, New York 10022 Telephone: (212) 308-5858 | Glancy Prongay & Murray LLP 712 Fifth Avenue New York, New York 10019 Telephone: (212) 935-7400 |

5.    Plaintiffs believe that their counsel, Bragar Eagel & Squire, P.C. ("BES") and Glancy Prongay & Murray LLP ("Glancy"), are qualified to advocate for Plaintiffs.  *See* BES firm resume attached hereto as Exhibit A and Glancy firm resume attached hereto as Exhibit B. Defendants take no position on the qualifications or appointment of lead counsel for Plaintiffs.

6.    Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with either of Co-Lead Counsel, or other

duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

7.     The following law firm is designated as Plaintiffs' Liaison Counsel in this Consolidated Action:

> Muckleroy Lunt, LLC
> 6077 S. Fort Apache, Suite 140
> Las Vegas, NV 89148
> Telephone: (702) 907-0097

8.     Plaintiffs' Liaison Counsel shall perform all tasks expected of Nevada counsel and shall be primarily responsible for communications between Plaintiffs and the Court and for Plaintiffs' filings with the Court.

9.     The Parties to this Stipulation agree that it would be duplicative and wasteful of the Court's resources for any Defendant who has been properly served, has agreed to accept service, or who is served in the future to have to respond whether by answer or motion to the individual complaints before a consolidated complaint is filed in the Consolidated Action.  Therefore, the Parties to this Stipulation agree that any Defendant who has been properly served, has agreed to accept service, or who is served in the future, need only respond, plead, move, or answer to any consolidated complaint filed in the Consolidated Action or to any other related complaints that are subsequently assigned or transferred to this Court.  To the extent that any Defendant now named in any of the existing complaints filed in the Consolidated Action is not named in the consolidated complaint, the claims against such Defendant shall be deemed dismissed without prejudice.  Any pleading filed or served in one of the underlying actions shall become part of the Consolidated Action.

10.     Upon entry of an order on this Stipulation, the Parties will promptly meet and confer regarding a schedule for the filing of a consolidated complaint and Defendants' response(s) thereto.

11.     This Joint Stipulation and Order shall apply to each action arising out of the same transactions and occurrences and asserting direct and/or derivative state law claims filed in this Court or transferred here, and Co-Lead Counsel shall assist the Court by calling to the attention of the Court the filing or transfer of any such action, and Co-Lead Counsel shall assure that counsel therein receive notice of this Stipulation and Order.  Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein.

12.     This Order is without prejudice to the right of any Defendant to raise any and all arguments or defenses concerning the claims raised in the Consolidated Action or the jurisdiction of this Court.  By entering into this Stipulation, each Defendant preserves all objections and challenges of any kind, including jurisdictional.

13.     The parties who have signed this Stipulation consent to service by electronic mail of all foregoing motion papers, such service shall be effective upon transmission, and no such other service shall be required.

Dated: November 13th, 2018                    Respectfully submitted,

**MUCKLEROY LUNT, LLC**
By: */s/ Martin A. Muckleroy*
Martin A. Muckleroy (#009634)
6077 S. Fort Apache, Suite 140
Las Vegas, Nevada
Telephone:    (702) 907-0097
Facsimile:    (702) 938-4065
Email: martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
E-mail: stone@bespc.com
            fortunato@bespc.com

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail: rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

Dated: November 13th 2018

**GREENBERG TRAURIG LLP**

By: */s/ Jacob D. Bundick*
Mark E. Ferrario (SBN 1625)
Jacob D. Bundick (SBN 9772)
Christopher R. Miltenberger (SBN 10153)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
Email: bundickj@gtlaw.com
Email: miltenbergerc@gtlaw.com

Daniel J. Tyukody (*pro hac vice*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED this _____ day of _____, 2018.

_____
THE HONORABLE GLORIA M. NAVARRO
DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER,
CASE NO. 2:18-cv-101864
6
LV 421243820v1