# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK FULLENKAMP, Derivatively on Behalf of ALLEGIANT TRAVEL CO., <br><br>Plaintiff, <br><br>v. <br><br>MAURICE J. GALLAGHER, JR., JOHN T. REDMOND, GREGORY ANDERSON, SCOTT SHELDON, ERIC GUST, CHARLES W. POLLARD, LINDA A. MARVIN, GARY E. ELLMER, and MONTIE R. BREWER, <br><br>Defendants, <br>and <br><br>ALLEGIANT TRAVEL COMPANY, <br><br>Nominal Defendant. | Case No. 2:18-cv-1864-GMN-CWH <br><br>(ECF No. 7) <br><br>**ORDER TO CONSOLIDATE** |
| CHARLES BLACKBURN, Derivatively and on Behalf of ALLEGIAN TRAVEL COMPANY, <br><br>Plaintiff, <br><br>v. <br><br>MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY E. ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN T. REDMOND, <br><br>Defendants, <br>and <br><br>ALLEGIANT TRAVEL COMPANY, <br><br>Nominal Defendant. | Case No. 2:18-cv-1975-APG-PAL <br><br>(ECF No. 23) |

The parties stipulate to consolidate these cases. The affected judges agree that judicial efficiency will be best served if the two matters are consolidated.

1  IT IS HEREBY ORDERED that the stipulation to consolidate cases filed in Case No. 2:18-cv-1864-GMN-CWH **(ECF No. 7) is GRANTED**.

IT IS FURTHER ORDERED that the Stipulation to consolidate cases filed in Case No. 18-cv-1975-APG-PAL **(ECF No. 23) is GRANTED**. Case No. 18-cv-1975-APG-PAL is reassigned to Chief Judge Gloria Navarro for all further proceedings.

IT IS FURTHER ORDERED that Case No18-cv-1975-APG-PAL shall be consolidated into Case No. 2:18-cv-1864-GMN-CWH. All future filings shall be filed in Case No2:18-cv-1864-GMN-CWH, and shall bear the consolidated case caption.

Dated: December 8, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2