## VERIFICATION

I, Mark Fullenkamp, hereby verify that I have authorized the filing of the attached Verified Consolidated Stockholder Derivative Complaint; that I have reviewed the Verified Consolidated Stockholder Derivative Complaint; and that the facts therein are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 8, 2019

_____
Mark Fullenkamp (Apr 8, 2019)

Mark Fullenkamp