## ALLEGIANT TRAVEL COMPANY VERIFICATION

I, Charles Blackburn, hereby verify that I am familiar with the allegations in the Consolidated Stockholder Derivative Complaint, and that I have authorized the filing of the Consolidated Stockholder Derivative Complaint Complaint, and that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: *April 5, 2019*

*Charles R Blackburn*
Charles Blackburn