MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com

*Attorney for Plaintiffs*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED STAY OF PROCEEDINGS** |

WHEREAS, on September 26, 2018, Mark Fullenkamp filed a verified shareholder derivative complaint in this Court, and on July 20, 2018, Charles Blackburn filed a verified shareholder derivative complaint in the United States District Court for the Central District of California, which was transferred to this Court on October 10, 2018;

WHEREAS, on January 8, 2019, the Court entered an order consolidating the two derivative actions under the caption *In re Allegiant Travel Co.* (the "Federal Derivative Action") and appointing Co-Lead and Liaison Counsel;

WHEREAS, on April 8, 2019, Plaintiffs filed a Verified Consolidated Stockholder Derivative Complaint;

WHEREAS, the Federal Derivative Action alleges claims against defendants Maurice J. Gallagher, Jr., John T. Redmond, Gregory Anderson, Scott Sheldon, Eric Gust, Charles W. Pollard, Linda A. Marvin, Gary E. Ellmer, and Montie R. Brewer (the "Individual Defendants")

1

and Allegiant Travel Company ("Allegiant" or "Nominal Defendant," and together with Individual Defendants, the "Defendants");

WHEREAS, a related securities fraud class action captioned *Checkman v. Allegiant Travel Co., et al.*, Case No. 2:18-cv-01758-APG-PAL is pending before this Court (the "Securities Class Action");

WHEREAS, the Securities Class Action arises from similar facts and also names as defendants several of the Individual Defendants;

WHEREAS, defendants' motion to dismiss the Securities Class Action is fully briefed and the parties have requested oral argument;

WHEREAS, the Court's ruling on the motion to dismiss in the Securities Class Action may inform proceedings in the Federal Derivative Action;

WHEREAS, a subsequently filed shareholder derivative action arising from the same facts as the Derivative Action, captioned *Woolery v. Gallagher, et al.,* Case No. A-18-785044-C, is pending the Eighth Judicial District Court of the State of Nevada in and for Clark County (the "State Court Action");

WHEREAS, Defendants have moved the state court to stay the State Court Action in favor of the Securities Class Action and the Federal Derivative Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court:

1. The above-captioned Federal Derivative Action including any obligation to respond to the complaint or any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, is hereby stayed until the Court issues a ruling on the motion to dismiss in the Securities Class Action.

2. Upon 30 days' written notice to all counsel of record via e-mail, any party may lift the stay.

3. The Individual Defendants and Allegiant will promptly notify plaintiffs in the Federal Derivative Action should they become aware of any additional derivative lawsuits filed in

any forum that allege the same or similar misconduct as that alleged in the Federal Derivative Action.

4.   If any of the Individual Defendants or Allegiant produces documents to the plaintiffs in the Securities Class Action or the State Court Action, they will provide to Plaintiffs in the Federal Derivative Action access to the same document production subject to the parties entering into an appropriate confidentiality agreement and/or protective order.

5.   If any of the Individual Defendants or Allegiant engages in a settlement mediation with the plaintiffs in the Securities Class Action or the State Court Action, the Individual Defendants and Allegiant will request that the Plaintiffs in the Federal Derivative Action be invited to attend the mediation and participate in the settlement talks.

Dated: May 7, 2019

Respectfully submitted,

**MUCKLEROY LUNT, LLC**
*/s/ Martin A. Muckleroy*
Martin A. Muckleroy (#009634)
6077 S. Fort Apache, Suite 140
Las Vegas, Nevada
Telephone:     (702) 907-0097
Facsimile:     (702) 938-4065
Email:  martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
E-mail:  stone@bespc.com
         fortunato@bespc.com

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail:  rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

4

Dated: May 7, 2019

**GREENBERG TRAURIG LLP**

By: */s/ Jacob D. Bundick*
Mark E. Ferrario (SBN 1625)
Jacob D. Bundick (SBN 9772)
Christopher R. Miltenberger (SBN 10153)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.com
Email: bundickj@gtlaw.com
Email: miltenbergerc@gtlaw.com

Daniel J. Tyukody (*pro hac vice*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

**IT IS SO ORDERED** this _____ day of _____, 2019.

_____
THE HON. GLORIA M. NAVARRO
DISTRICT COURT JUDGE