MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**JOINT STATUS REPORT AND SCHEDULE** |

WHEREAS, on July 20, 2018, Charles Blackburn filed a verified shareholder derivative complaint in the United States District Court for the Central District of California, *Blackburn v. Maurice J. Gallagher, Jr., et al.*, Case No. 2:18-cv-06296-GW-SSx ("*Blackburn*"), and which was transferred to this Court on October 10, 2018;

WHEREAS, on September 26, 2018, Mark Fullenkamp filed a verified shareholder derivative complaint in this Court, *Fullenkamp v. Maurice J. Gallagher, Jr.*, Case No. 2:18-cv-01864-APG-DJA ("*Fullenkamp*");

WHEREAS, on January 8, 2019, *Blackburn* and *Fullenkamp* were consolidated as *In re Allegiant Travel Co. Stockholder derivative Litigation*, Case No. 2:18-cv-01864-APG-DJA (the "Consolidated Derivative Action");

WHEREAS, on April 8, 2019, the Plaintiffs in the Consolidated Derivative Action filed a Verified Consolidated Stockholder Derivative Complaint;

1

WHEREAS, on May 13, 2019, the Court ordered that the Consolidated Derivative Action be stayed until the Court issued a decision on the motion to dismiss in *Checkman v. Allegiant Travel Co., et al.*, Case No. 1:28-cv-01758-APG-PAL (the "Securities Class Action");

WHEREAS, by order entered September 9, 2019, the Court granted in part and denied in part the motion to dismiss in the Securities Class Action, at which time the stay in this action was lifted;

WHEREAS, the Parties have met and conferred concerning Plaintiffs' intent to file an Amended Verified Consolidated Stockholder Derivative Complaint; and

WHEREAS, the Parties have agreed to a schedule for Plaintiff's to file such a complaint and for briefing on Defendants' anticipated motion to dismiss;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel and subject to the approval of the Court:

1. Plaintiffs shall file and serve any Amended Verified Consolidated Stockholder Derivative Complaint within thirty days after entry of this scheduling order;

2. Defendants shall have thirty days from service of the Amended Verified Consolidated Stockholder Derivative Complaint to respond;

3. In the event Defendants move to dismiss the Amended Verified Consolidated Stockholder Derivative Complaint, Plaintiffs shall have thirty days to file and serve their opposition papers; and Defendants shall have thirty days to file and serve any reply memorandum.

**IT IS SO STIPULATED**

DATED: February 5, 2020						Respectfully submitted,

   /s/ Martin A. Muckleroy
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache, Ste. 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
Email: martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

DAVID J. STONE, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: 212-308-5858
Facsimile: 212-486-0462
Email: stone@bespc.com

MELISSA FORTUNATO, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 365-7140
Email: mfortunato@bespc.com

MATTHEW M. HOUSTON, ESQ.
BENJAMIN I. SACHS-MICHAELS, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: mhouston@glancylaw.com
      bsachsmichaels@glancylaw.com

ROBERT V. PRONGAY, ESQ.
LESLEY F. PORTNOY, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160

3
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

E-mail: rprongay@glancylaw.com
lportnoy@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**GREENBERG TRAURIG LLP**

By  /s/ Jacob D. Bundick

MARK F. FERRARIO, ESQ
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ
Nevada Bar No. 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Counsel for Defendants*

**IT IS SO ORDERED** this  7th  day of  February , 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

4
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

**ATTESTATION OF COUNSEL**

I, Martin L. Muckleroy, am the CM/ECF user whose ID and password are being used to file this Joint Status Report and [Proposed] Order. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Jacob D. Bundick, on whose behalf this filing is jointly submitted, has concurred in this filing.

By
 /s/ *Martin A. Muckleroy*
Martin A. Muckleroy