1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8    IN RE ALLEGIANT TRAVEL CO.                )        Case # 2:18-cv-01864
9    STOCKHOLDERS DERIVATIVE            )
     LITIGATION                                          )
10                     Plaintiff(s),                    )        **VERIFIED PETITION FOR**
                                                             )        **PERMISSION TO PRACTICE**
11          vs.                                            )        **IN THIS CASE ONLY BY**
                                                             )        **ATTORNEY NOT ADMITTED**
                                                             )        **TO THE BAR OF THIS COURT**
12                                                         )        **AND DESIGNATION OF**
                                                             )        **LOCAL COUNSEL**
13                                                         )
                     Defendant(s).                    )
14   _____ )        FILING FEE IS $250.00

15

16          _____Daniel J. Tyukody_____ , Petitioner, respectfully represents to the Court:
                        (name of petitioner)

17

18          1.     That Petitioner is an attorney at law and a member of the law firm of

19          _____GREENBERG TRAURIG, LLP_____
                                                    (firm name)

20   with offices at _____1840 Century Park East, Suite 1400_____ ,
                                                    (street address)

21   _____Los Angeles_____ , _____California_____ , ___90067___
                        (city)                                        (state)                           (zip code)

22

23   _____310-586-7700_____ , _____310-586-7800_____ .
        (area code + telephone number)            (Email address)

24

25          2.     That Petitioner has been retained personally or as a member of the law firm by

     _Allegiant Travel Company, et al. (see attached)_ to provide legal representation in connection with
26                        [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                                                    Rev. 5/16

3.     That since _____June 10, 1986_____, Petitioner has been and presently is a
                                      (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | June 23, 1986 | 123323 |
| Ninth Circuit Court of Appeals | March 25, 1994 | 123323 |
| Southern District of California | July 24, 1996 | 123323 |
| U.S. Supreme Court | June 16, 2008 | 123323 |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

California State Bar

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 20, 2018 | In re SWITCH, INC. | Eighth Judicial District Court | Granted |
| October 22, 2018 | Checkman v. Allegiant | USDC, District of Nevada | Granted |
| May 15, 2019 | Woolery v. Allegiant | Eighth Judicial District Court | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                        _____
                                                             Petitioner's signature

5    STATE OF _____California_____ )
                                            )
6    COUNTY OF __LOS ANGELES__ )

7         _____Daniel J. Tyukody_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                        _____
                                                             Petitioner's signature

10   Subscribed and sworn to before me this

11   _____ day of _____.

12

13   _____
         Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Jacob Bundick_____,
                                                                              (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23                        _____10845 Griffith Peak Drive Suite 600_____,
                                        (street address)

24   _____Las Vegas_____, _____Nevada_____, ___89135___,
                (city)                    (state)              (zip code)

25

26   _____702 792 3773_____, _____bundickj@gtlaw.com_____.
       (area code + telephone number)          (Email address)

27

28                                      4                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2   agreement and authorization for the designated resident admitted counsel to sign stipulations
3   binding on all of us.
4
5               **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**
6
7       The undersigned party(ies) appoint(s) _____ Jacob Bundick _____ as
8   his/her/their Designated Resident Nevada Counsel in this case.                (name of local counsel)
9
10                      _____
11                      (party's signature)
12                      Laura Overton, General Counsel, Allegiant Travel Co.
                        (type or print party name, title)
13
14                      _____
                        (party's signature)
15
16                      _____
                        (type or print party name, title)
17
                                **CONSENT OF DESIGNEE**
18          The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
19
20                      _____
                        Designated Resident Nevada Counsel's signature
21
                        9772                        bundickj@gtlaw.com
22                      Bar number                  Email address
23
24  APPROVED:
25  Dated: this _____ day of _____, 20___.
26
27  _____
    UNITED STATES DISTRICT JUDGE
28
                                       5
                                                                          Rev. 5/16

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this 28ᵗʰ day of __May__,

20__20__ by _____Daniel J. Tyukody_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                    (Seal)

**K. LARSEN**
COMM. # 2312415
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES DEC. 11, 2023

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Verified Petition for
(Title or description of attached document)

Permission to Practice
(Title or description of attached document continued)

Number of Pages _____ Document Date 5-28-2020

_____
Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

• State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
• Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
• Print the name(s) of the document signer(s) who personally appear at the time of notarization.
• Signature of the notary public must match the signature on file with the office of the county clerk.
• The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
• Securely attach this document to the signed document with a staple.

**ATTACHMENT TO VERIFIED PETITION FOR DANIEL J. TYUKODY'S
PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT
ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION
OF LOCAL COUNSEL**

2.  That Petitioner has been retained personally or as a member of the law firm by Allegiant Travel Company, Maurice J. Gallagher, Jr., John Redmond, Gregory Anderson, Scott Sheldon, Eric Gust, Charles W. Pollard, Linda A. Marvin, Gary F. Ellmer, and Montie R. Brewer to provide legal representation in connection with the above-entitled case now pending before this Court.

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

May 10, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JOHN TYUKODY, JR., #123323 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records