MARK E. FERRARIO, ESQ.
Nevada Bar No.: 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No.: 9772
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   702-792-3773
Facsimile:    702-792-9002
Email:         ferrariom@gtlaw.com
                   bundickj@gtlaw.com

DANIEL J. TYUKODY, ESQ. (*Admitted Pro Hac Vice*)
California Bar No.: 123323
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:   310-586-7723
Facsimile:    310-586-7800
Email:         tyukodyd@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDERS DERIVATIVE LITIGATION | Master File No. 2:18-cv-01864-APG-DJA <br><br> **NOTICE OF ERRATA RE: DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT** |

On June 25, 2020, Nominal Defendant Allegiant Travel Co. and the Individual Defendants submitted their Reply brief in response to Plaintiffs' Opposition brief and in support of Defendants' Motion to Dismiss.

/ / /

/ / /

/ / /

On page 8 of the Reply, it is erroneously stated that *In re Las Vegas Sands Corp. Deriv. Litig.*, 2009 Nev. Dist. LEXIS 11 (Nev. Eighth Dist. Ct. Nov. 4, 2009) was a Nevada Supreme Court opinion, however, the opinion was in fact issued by the Eighth Judicial District Court of the State of Nevada.  Counsel apologizes for the error.

Respectfully submitted this 29th day of June, 2020.

**GREENBERG TRAURIG, LLP**

By  */s/ Jacob D. Bundick*
MARK E. FERRARIO, ESQ.
Nevada Bar No.: 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No.: 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY, ESQ.
(*Admitted Pro Hac Vice*)
California Bar No.: 123323
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
*Attorneys for Defendants*

1
REPLY ISO MOTION TO DISMISS
ACTIVE 50855268v8

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, 2020, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ Andrea Flintz
　　　　　　　　　　　　　　　　　　　　an employee of Greenberg Traurig, LLP