MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**JOINT STATUS REPORT AND [PROPOSED] SCHEDULE** |

WHEREAS, on March 24, 2020, Plaintiffs filed their second amended verified shareholder derivative complaint (the "Complaint") (ECF No. 20);

WHEREAS, on April 23, 2020, Defendants moved to dismiss the Complaint (ECF Nos. 21-23);

WHEREAS, on December 18, 2020, the Court granted the motion to dismiss without prejudice and directed Plaintiffs to file an amended complaint by January 18, 2021;

WHEREAS, the Parties have met and conferred concerning Plaintiffs' intent to amend the Complaint; and

WHEREAS, due to existing scheduling conflicts Plaintiffs request additional time to file their amended complaint and Defendants do not oppose such extension;

1
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel and subject to the approval of the Court:

1. Plaintiffs shall file and serve any amended complaint by February 18, 2021;

2. Defendants shall have forty-five days from service of the Amended Verified Consolidated Stockholder Derivative Complaint to respond;

3. In the event Defendants move to dismiss the amended complaint, Plaintiffs shall have forty-five days to file and serve their opposition papers; and Defendants shall have forty-five days to file and serve any reply memorandum.

**IT IS SO STIPULATED**

DATED:  December 30, 2020                         Respectfully submitted,

   /s/  Martin A. Muckleroy
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache, Ste. 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
Email: martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

DAVID J. STONE, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY  10022
Telephone:  212-308-5858
Facsimile:  212-486-0462
Email: stone@bespc.com

MELISSA FORTUNATO, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 365-7140
Email: mfortunato@bespc.com

MATTHEW M. HOUSTON, ESQ.
BENJAMIN I. SACHS-MICHAELS, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: mhouston@glancylaw.com
         bsachsmichaels@glancylaw.com

ROBERT V. PRONGAY, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail: rprongay@glancylaw.com
         lportnoy@glancylaw.com

*Co-Lead Counsel for Plaintiffs*


**GREENBERG TRAURIG LLP**

By  /s/ Jacob D. Bundick

MARK F. FERRARIO, ESQ
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ
Nevada Bar No. 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

DANIEL J. TYUKODY, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Counsel for Defendants*

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
The Hon. Andrew P. Gordon
District Court Judge

4
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

**ATTESTATION OF COUNSEL**

I, Martin A. Muckleroy, am the CM/ECF user whose ID and password are being used to file this Joint Status Report and [Proposed] Order. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Jacob D. Bundick, on whose behalf this filing is jointly submitted, has concurred in this filing.

By
 */s/ Martin A. Muckleroy*
 Martin A. Muckleroy