MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**JOINT STATUS REPORT AND [PROPOSED] SCHEDULE** |

WHEREAS, on March 24, 2020, Plaintiffs filed their second amended verified shareholder derivative complaint (the "Complaint") (ECF No. 20);

WHEREAS, on April 23, 2020, Defendants moved to dismiss the Complaint (ECF Nos. 21-23);

WHEREAS, on December 18, 2020, the Court granted the motion to dismiss without prejudice and directed Plaintiffs to file an amended complaint by January 18, 2021;

WHEREAS, the Parties have met and conferred concerning Plaintiffs' intent to amend the Complaint; and

WHEREAS, due to existing scheduling conflicts Plaintiffs request additional time to file their amended complaint and Defendants do not oppose such extension;

1

JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties,

2  through their undersigned counsel and subject to the approval of the Court:

3       1.     Plaintiffs shall file and serve any amended complaint by February 18, 2021;

4       2.     Defendants shall have forty-five days from service of the Amended Verified

5  Consolidated Stockholder Derivative Complaint to respond;

6       3.     In the event Defendants move to dismiss the amended complaint, Plaintiffs shall

7  have forty-five days to file and serve their opposition papers; and Defendants shall have

8  forty-five days to file and serve any reply memorandum.

9       **IT IS SO STIPULATED**

10

11

12  DATED:  December 30, 2020                    Respectfully submitted,

13                                                 /s/  Martin A. Muckleroy
                                                 MARTIN A. MUCKLEROY, ESQ.
14                                               Nevada Bar No. 009634
                                                 **MUCKLEROY LUNT, LLC**
15                                               6077 S. Fort Apache, Ste. 140
16                                               Las Vegas, NV 89148
                                                 Telephone: (702) 907-0097
17                                               Facsimile: (702) 938-4065
                                                 Email: martin@muckleroylunt.com
18

19                                               *Liaison Counsel for Plaintiffs*

20

21                                               DAVID J. STONE, ESQ.
                                                 **BRAGAR EAGEL & SQUIRE, P.C.**
22                                               885 Third Avenue, Suite 3040
                                                 New York, NY  10022
23                                               Telephone:  212-308-5858
24                                               Facsimile:  212-486-0462
                                                 Email: stone@bespc.com
25

26

27

28
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MELISSA FORTUNATO, ESQ.
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 365-7140
Email:  mfortunato@bespc.com

MATTHEW M. HOUSTON, ESQ.
BENJAMIN I. SACHS-MICHAELS, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: mhouston@glancylaw.com
          bsachsmichaels@glancylaw.com

ROBERT V. PRONGAY, ESQ.
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail: rprongay@glancylaw.com
          lportnoy@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**GREENBERG TRAURIG LLP**

By  /s/ Jacob D. Bundick

MARK F. FERRARIO, ESQ
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ
Nevada Bar No. 9772
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

3

JOINT STATUS REPORT AND [PROPOSED] SCHEDULE

DANIEL J. TYUKODY, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

*Counsel for Defendants*

**IT IS SO ORDERED** this <u>4th</u> day of <u>January</u>, 2021.

_____
Andrew P. Gordon
United States District Judge

4

Case 2:18-cv-01864-APG-DJA   Document 32   Filed 01/04/21   Page 5 of 5

**ATTESTATION OF COUNSEL**

I, Martin A. Muckleroy, am the CM/ECF user whose ID and password are being used to

file this Joint Status Report and [Proposed] Order. Pursuant to Local Civil Rule 5-1(i)(3), I hereby

attest that Jacob D. Bundick, on whose behalf this filing is jointly submitted, has concurred in this

filing.

By
 */s/ Martin A. Muckleroy*
Martin A. Muckleroy

5
JOINT STATUS REPORT AND [PROPOSED] SCHEDULE