## VERIFICATION

I, Charles Blackburn, hereby verify that I have authorized the filing of the attached Third Amended Consolidated Derivative Complaint, that I have reviewed such complaint, and that the facts therein are true and correct to the best of my knowledge, information, and belief. I declare under the penalty of perjury that the foregoing is true and correct.

February 17, 2021

*Charles Blackburn* (signature)

Charles Blackburn