MARK E. FERRARIO, ESQ.
Nevada Bar No.: 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No.: 9772
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:   702-792-3773
Facsimile:   702-792-9002
Email:   ferrariom@gtlaw.com
   bundickj@gtlaw.com

DANIEL J. TYUKODY, ESQ. (*Admitted Pro Hac Vice*)
California Bar No.: 123323
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:   310-586-7723
Facsimile:   310-586-7800
Email:   tyukodyd@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDERS DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**DECLARATION OF JACOB D. BUNDICK IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED VERIFIED CONSOLIDATED STOCKHOLDER DERIVATIVE COMPLAINT**<br><br>*[Filed concurrently with Motion to Dismiss and Request for Judicial Notice]* |

///

1

I, Jacob D. Bundick, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and the U.S. District Court for the District of Nevada. I am a shareholder with the law firm of Greenberg Traurig, LLP and counsel of record for Nominal Defendant Allegiant Travel Co. ("Allegiant" or the "Company") and Individual Defendants Maurice J. Gallagher, Jr., John Redmond, Gregory Anderson, Scott Sheldon, Eric Gust, Charles W. Pollard, Linda A. Marvin, Gary F. Ellmer, and Montie R. Brewer (collectively with Allegiant, "Defendants") in the above-referenced action.

2. I submit this declaration in support of Defendants' Motion to Dismiss Third Amended Verified Consolidated Stockholder Derivative Complaint, and Defendants' Request for Judicial Notice in support of the Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a "redline" comparing Plaintiffs' Third Amended Verified Consolidated Stockholder Derivative Complaint, filed on February 18, 2021, with the Amended Verified Consolidated Stockholder Derivative Complaint, filed on March 24, 2020.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement in *Charles Brendon v. Allegiant Travel Co., et al.*, Case No. 2:18-cv-01758 (D. Nev. Apr. 24, 2018) ("*Brendon*"), issued on May 14, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss in *Brendon*, issued on September 9, 2019.

6. Attached hereto as **Exhibit D** is a true and correct copy of *2019 Review and Analysis of Securities Class Action Settlements* prepared by Cornerstone Research this year.

/ / /

2

7. Attached hereto as **Exhibit E** is a true and correct copy of a Schedule 14A report for Allegiant, filed with the U.S. Securities and Exchange Commission on May 12, 2016.

8. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from a Schedule 14A report for Allegiant, filed with the U.S. Securities and Exchange Commission on April 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2021 at Las Vegas, Nevada.

*/s/ Jacob D. Bundick*

Jacob D. Bundick

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3

DECLARATION OF JACOB D. BUNDICK ISO MOTION TO DISMISS THIRD AMENDED VERIFIED CONSOLIDATED STOCKHOLDER DERIVATIVE COMPLAINT

ACTIVE 56415857v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2021, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                              */s/ Andrea Flintz*
                         an employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

4

DECLARATION OF JACOB D. BUNDICK ISO MOTION TO DISMISS THIRD AMENDED VERIFIED CONSOLIDATED STOCKHOLDER DERIVATIVE COMPLAINT

*ACTIVE 56415857v1*

# INDEX OF EXHIBITS

1. Exhibit A – "Redline" Comparison
2. Exhibit B -- Order Granting Plaintiffs' Motion
3. Exhibit C -- Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss
4. Exhibit D -- *2019 Review and Analysis of Securities Class Action Settlements*
5. Exhibit E -- May 12, 2016 Schedule 14A Report
6. Exhibit F -- Excerpts of April 30, 2019 Schedule 14A Report

5

DECLARATION OF JACOB D. BUNDICK ISO MOTION TO DISMISS THIRD AMENDED VERIFIED CONSOLIDATED STOCKHOLDER DERIVATIVE COMPLAINT

ACTIVE 56415857v1