MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
MUCKLEROY LUNT, LLC
6077 S. Fort Apache, Ste 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Direct: (702) 534-6272
Fax: (702) 938-4065
martin@muckleroylunt.com

*Attorney for Plaintiffs*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE ALLEGIANT TRAVEL CO. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:18-cv-01864<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULES 23.1 AND 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiffs Mark Fullenkamp and Charles Blackburn (collectively "Plaintiffs"), by and through their counsel, derivatively on behalf of nominal defendant Allegiant Travel Co. ("Allegiant" or the "Company"), respectfully move for the voluntary dismissal with prejudice of the above-caption derivative action pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure. Additionally, shareholder notice of the voluntary dismissal pursuant to Rule 23.1 is not required as no rights of the parties or the Company are being compromised and a related derivative action remains extant.

In support of the motion, Plaintiffs state that: i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiffs nor their

1
PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

counsel have received or will receive directly or indirectly any consideration from defendants for the dismissal; and (iv) Allegiant shareholders are not precluded from pursuing claims already filed that will continue to be litigated by the parties in the action captioned *City of Warren Police & Fire Retirement System v. Gallagher, Jr., et al.*, Case No. A-19-804089-C pending in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark.  Plaintiffs also rely upon the Declaration of David J. Stone filed herewith and upon such oral argument as the Court may permit. Defendants do not oppose the filing this motion.

      For the reasons set forth, Plaintiffs respectfully request that the Court enter an Order that directs:

      1.    The Action, including all derivative actions consolidated herein, shall be dismissed with prejudice pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure;

      2.    No shareholder notice of the voluntary dismissal is required; and

      3.    Plaintiffs and Defendants shall bear their own fees and costs in connection with the Action.

      Respectfully submitted this 25th day of June, 2021.

        /s/ Martin A. Muckleroy
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache, Ste. 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
Email: martin@muckleroylunt.com

*Liaison Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
DAVID J. STONE
MELISSA A. FORTUNATO
885 Third Avenue, Suite 3040
New York, NY  10022

Telephone: 212-308-5858
Facsimile: 212-486-0462
Email: stone@bespc.com
       fortunato@bespc.com

**GLANCY PRONGAY & MURRAY LLP**
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: mhouston@glancylaw.com
        bsachsmichaels@glancylaw.com

and

**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail: rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
The Hon. Andrew P. Gordon
District Court Judge

3
PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL